OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015

**6/3/2015**
**CLEWIS, ANDRE          Tr. Ct. No. 2005CR9206C-W4                WR-71,300-05**
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c). .

Abel Acosta, Clerk

ANDRE CLEWIS
CONNALLY UNIT - TDC #1453181
899 FM 632
KENEDY, TX 78119